UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION at FLINT

In re: Gina M Barrow

Case No. 15-32739-DOF
Chapter 13
Hon. Daniel S. Opperman

Debtor(s).
_____/

## TRUSTEE'S NOTICE PURSUANT TO LBR 3001-2

Let all interested parties take notice that the Trustee was served with notice by Ditech Financial, Llc, a creditor with a filed §1322(b)(5) or (b)(7) proof of claim, of a change in the periodic payments due to this creditor.

Pursuant to Eastern District of Michigan Local Bankruptcy Rule 3001-2 the Chapter 13 Trustee gives the following notice:

The current plan payment will adequately fund the plan if increased by $450.00/MONTHLY.

Dated: February 23, 2017        /s/ Carl Bekofske
                                Carl L. Bekofske Standing Chapter 13 Trustee
                                400 N. Saginaw St. Ste 331
                                Flint, MI 48502
                                (810) 238-4675
                                ecf@flint13.com
                                P-10645

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION at FLINT

In re: Gina M Barrow

Case No. 15-32739-DOF
Chapter 13
Hon. Daniel S. Opperman

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on 2/23/2017 I electronically filed the Chapter 13 Trustee's Notice pursuant to LBR 3001 - 2(c) with the Clerk of the Court using the ECF system.

/s/ STEVE ROBINSON
400 N. Saginaw St. Ste 331
Flint, MI 48502
(810) 238-4675
ECF@flint13.com