**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (Flint)**

In re:                                                                                  Chapter 13 No. 15-32739-dof
Gina M Barrow
                 Debtor.                              Hon. Daniel S. Opperman.Flint
_____/

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS

| Clerk of the Court | Joseph L Bernwanger | Carl Bekofske |
|---|---|---|
| U.S. Bankruptcy Court | 23843 Joy Rd | 400 N. Saginaw Street |
| 226 West Second St. | Dearborn Heights, MI 48127- | Suite 331 |
| Flint, MI 48502 | 1480 | Flint, MI 48502 |

      PLEASE ENTER our Appearance as counsel for BSI Financial Services.  Pursuant to the Bankruptcy Rules and the Bankruptcy Code, the undersigned should be added to the official address matrix as maintained in this proceeding by the Clerk of the Court, and that all notices given or required to be given and all papers served or required to be served in this case shall be served upon the undersigned as set forth below.

      This request encompasses all notices, copies and pleadings, including, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, telegraph, telex, or otherwise which affects or seeks to affect in any way the rights or interest of said creditor.

      This appearance shall act as the appearance of every member of  Trott Law, P.C., and is not limited to the attorneys listed below.

                                Respectfully Submitted,
                                Trott Law, P.C.
Dated:  September 27, 2018    /S/ Shawn C. Drummond (P58471)
                                ~~/S/ Rose Merithew (P73319)~~
                                ~~/S/ Athena Aitas (P61824)~~
                                Attorney for BSI Financial Services
                                31440 Northwestern Hwy Ste. 145
                                Farmington Hills, MI 48334-5422
                                248.642.2515
                                Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 145
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628